EILEEN M. DECKER
United States Attorney                                              JS-6
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
TOVA D. WOLKING, CSBN 259782
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: Tova.Wolking@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. ROTHAMEL, | ) Case No. 8:16-cv-01818-AJW |
|     Plaintiff, | ) |
| vs. | ) [PROPOSED] |
| | ) JUDGMENT OF REMAND |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: February 28, 2017

_____
HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE